IN THE MATTER OF THE ESTATE OF EDGAR NELSON
BLOOMER, DECEASED.

See same case below:  43 *N. J. Super.* 414.

*Messrs. Kapelsohn, Lerner, Leuchter & Reitman* for the
petitioner.

*Messrs. Shanley & Fisher* for the respondent.

April 1, 1957.  Denied.